# EXHIBIT 2



**Employer Credit Card Policy and Agreement**

<u>Purpose</u>

The purpose of this policy is to communicate eligibility, usage and payment of expenditure requirements for the company credit card.

<u>Policies</u>

1. Sasser Companies, LLC (Sasser) will issue a company credit card to eligible employees for job related expenses. Being a Sasser cardholder is a special privilege and can be removed at any time.
2. Employees shall use their corporate credit cards to charge business-related expenses. Expenses must be for approved budget items only. Any items not budgeted or approved by your manager, must be authorized by the Chief Financial Officer (CFO).
3. Personal purchases of any type must be paid back to the company immediately and the receipt for the purchase turned into Accounts Payable Department.
4. Per Sasser's policy, no alcoholic beverages may be purchased with the company credit card unless approved by the CFO.
5. Employees may NOT take cash advances on credit cards. This will be grounds for immediate termination.
6. The employee is responsible for all charges made to the card. The employee will be held liable for any unauthorized items appearing on the credit card statement.
7. Cardholders are required to sign the "cardholder agreement" indicating they accept these terms. You do not have to have a credit card to be employed at Sasser. If you are unable to sign the agreement, then please turn in your card if you have already been issued one to the CFO.

<u>Procedures</u>

1. The CFO is responsible for authorizing the use of company credit cards and assigning the credit limit, if applicable.
2. Before any purchase is made, the employee should verify that the funds are available in his or her budget to cover the expense.
3. The employee must obtain a receipt for the purchase and include a brief description of the business purpose or the account cost code and job number on the receipt. In the case of meals, each receipt should include the names of all persons involved in the purchase.
4. The receipt is to be submitted to the Account Payable Department within 48 hours of card use.
5. Upon receipt of the credit card statement, the Accounts Payable Department will match the receipts to the individual items and assign the appropriate accounting code. The statement along with a summary will be submitted to the Manager for approval. Any items that do not have a receipt will be the personal responsibility of the cardholder.
6. The employee must notify the CFO immediately in the event a card is lost or stolen.
7. The company credit card is the property of Sasser Companies, LLC and an employee leaving the employment of Sasser must surrender the credit card to the CFO.



**SASSER COMPANIES, LLC CARDHOLDER AGREEMENT**

I, <u>David Duta</u>, hereby acknowledge receipt of the <u>American Express Company Credit Card</u>.

My card number is:█████████████████ _____

I understand that improper use of this card may result in disciplinary action as well as personal liability for any improper purchases. As a cardholder, I agree to comply with the terms and conditions of this agreement and the Credit Card Policies for Sasser Companies, LLC. I acknowledge receipt of the Credit Card Policy and confirm that I understand the terms and conditions.

As a holder of this credit card, I agree to accept the responsibility and accountability for the protection and proper use of the card. I will return the card to the Chief Financial Officer upon demand during the period of my employment. I understand that the card is not to be used for personal purchases and if personal purchases are made Sasser Companies, LLC will be immediately reimbursed. I recognize that I must provide a receipt for every purchase except for authorized monthly charges that are preapproved by Accounting. If the card is used repeatedly for personal purchases, or for purchases for any other entity, or if I fail to provide a receipt substantiating a legitimate business within 48 hours of the transaction then Sasser Companies, LLC. will be entitled to reimbursement from me of such purchases (including but not limited to through payroll deduction.) By signing this form, I authorized Sasser Companies, LLC to do a payroll deduction for any receipt not turned in within 48 hours. In addition, Sasser Companies, LLC shall be entitled to pursue legal action, if required, to recover the cost of such purchases, together with costs of collection and reasonable attorney fees.

*David Duta*
David Duta (Jul 2, 2021 14:58 EDT)
_____

*Signature of Employee/Cardholder*

Jul 2, 2021
_____

*Date*

*Jason Harting*
Jason Harting (Jul 2, 2021 15:02 EDT)
_____

*Signature of Chief Financial Officer*

Jul 2, 2021
_____

*Date*

# David Duta Employer Credit Card Policy and Agreement

**Final Audit Report** 2021-07-02

| | |
|---|---|
| Created: | 2021-07-01 |
| By: | Jessi Hagee (jessi@sassercompanies.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAVa8F0P4clT5zsCXI9Hst2X6hWedNxDEq |

## "David Duta Employer Credit Card Policy and Agreement" History

Document created by Jessi Hagee (jessi@sassercompanies.com)
2021-07-01 - 2:10:52 PM GMT- IP address: 173.95.38.2

Document emailed to David Duta (dduta@sasserrestoration.com) for signature
2021-07-01 - 2:12:34 PM GMT

Email viewed by David Duta (dduta@sasserrestoration.com)
2021-07-01 - 11:58:10 PM GMT- IP address: 70.175.155.240

Document e-signed by David Duta (dduta@sasserrestoration.com)
Signature Date: 2021-07-02 - 6:58:15 PM GMT - Time Source: server- IP address: 72.173.12.57

Document emailed to Jason Harting (jharting@sassercompanies.com) for signature
2021-07-02 - 6:58:17 PM GMT

Email viewed by Jason Harting (jharting@sassercompanies.com)
2021-07-02 - 7:02:10 PM GMT- IP address: 173.95.38.2

Document e-signed by Jason Harting (jharting@sassercompanies.com)
Signature Date: 2021-07-02 - 7:02:21 PM GMT - Time Source: server- IP address: 173.95.38.2

Agreement completed.
2021-07-02 - 7:02:21 PM GMT

**Adobe Sign**