# EXHIBIT 4

David Duta
21442 Poplarwood
Lake Forest, CA 92630

Dear Mr. Duta:

Your employment with Sasser Companies, LLC (hereinafter, "Sasser") will be officially terminated on December 19, 2023. You have been terminated for cause, as defined in your Employment Agreement, for:

Committing acts of material dishonesty which were intended to result in your personal enrichment in connection with your employment with Sasser Companies, LLC.

Such acts of material dishonesty include, among others: (1) falsifying timecards by reporting you worked, and thus were paid for by Sasser, more hours than you admit you actually worked for each of the week of November 27, 2023, through December 1, 2023, and the week of December 4, 2023, through December 8, 2023, and (2) falsifying your timecard on December 4, 2023, by reporting you worked eight (8) hours, and were thus paid for eight (8) hours of working time by Sasser, when evidence obtained by Sasser shows you could not have worked eight (8) hours as you were engaged in activities at sites not work- or healthcare-related. This letter serves as Sasser's Notice to Employee as to Change in Relationship, as required under California Unemployment Insurance Code Section 1089.

You must immediately return all Sasser property that is in your possession or control, including but not limited to your Sasser phone, Sasser computer, Sasser vehicle, Sasser credit cards, and all Sasser access cards, badges, and other identification.

Your final paycheck was delivered to you by mail on December 15, 2023. Enclosed with this letter is a copy of the paystub you were provided with your final paycheck, which reflects: (1) payment of seven thousand three hundred eighty four dollars and sixty-two cents ($7,384.62) for sixty-four (64) hours of work, which includes all wages earned and due through December 19, 2023, and (2) payment of twenty one thousand five hundred sixty three dollars and eight cents ($21,563.08) for one hundred eighty six and eighty-eight hundredths (186.88) hours of accrued but unused paid time off. The total amount of your final paycheck is twenty-eight thousand nine hundred forty-seven dollars and seventy cents ($28,947.70), less applicable taxes and withholdings. Simultaneously with delivery of this letter, you will receive a check for reimbursement of travel expenses in the amount of one thousand six hundred eighty-six dollars and ninety-eight cents ($1,686.98). This reimbursement check will be delivered to you in person by Miguel Figueroa, III. Your healthcare benefits will no longer be effective after December 19, 2023. You may contact Wes Hershelman about transferring your 401K.

Sincerely,


Miguel Figueroa, III
Chief Strategy Officer

Enclosures:   Final Check Paystub
              Expense Reimbursement Check